WASHINGTON BALDWIN *v.* JAMES COYLE.

*Foreign Judgment—Jurisdiction of Justice of the Peace.*

A suit upon a foreign judgment is not within the jurisdiction of a justice of the peace in this State.

(*New Castle, December 6, 1885.*)

APPEAL from Bertolette, Justice of the Peace for New Castle County.

The suit before him was on a judgment recovered by the plaintiff against the defendant in the Court of Common Pleas of Delaware County, in the State of Pennsylvania, for the sum of forty-three dollars and seventy-three cents and costs, with interest, etc.

*Richardson*, for the defendant, now submitted a motion to the court to dismiss the appeal because an action on a foreign judgment or on a judgment recovered in another State, even for a sum less than one hundred dollars, is not within the jurisdiction of a Justice of the Peace in this State.

THE COURT so held, and dismissed the appeal.